**JUDGE CASTEL**

UNITED STATES DISTRICT COURTS
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SHUIFA YING,
Plaintiff,

v.                                  Civil Action No.

                                    '08 CIV 4282

CHINA CHEF INC.,
SHIZHONG OU, and LIMING HUANG,
Defendants.
------------------------------------------------------------X

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of attorney Jay B. Itkowitz for Frank Xu and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

Frank Xu
305 Broadway Ste 701
New York, New York, 10007
Tel:212/897-5866
Fax:212/901-0499

is admitted to practice pro hac vice as counsel for Plaintiff in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York, May 6th, 2008

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURTS
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
SHUIFA YING,
Plaintiff,

Civil Action No.

v.

CHINA CHEF INC.,
SHIZHONG OU, and LIMING HUANG,
Defendants.
-----------------------------------------------------------------X

## AFFIDAVIT IN SUPPORT OF
## MOTION TO ADMIT COUNSEL PRO HAC VICE

*State of New York*   )
                      ) SS:
*County of New York*  )

Jay B. Itkowitz, being duly sworn, hereby deposes and says as follows:

1. I am Jay B. Itkowitz. I am familiar with the proceedings in the above-captioned case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Mr. Frank Xu as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York State. I am also admitted to the bar of the United States District Court for the Southern District of New York on February 20, 1979, and am in good standing with this Court.

3. I have known Mr. Frank Xu since 2007. I have found Mr. Frank Xu to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mr. Frank Xu, pro hac vice.

WHEREFORE, it is respectfully requested that the motion to admit Mr. Frank Xu, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: New York, New York, May 6th, 2008

Respectfully submitted,

_____
Jay B. Itkowitz (JBL5349)

Itkowitz & Harwood
305 Broadway 7th Fl
New York, New York 10007
Tel: 646/822-1801
Fax: 212/822-1402

UNITED STATES DISTRICT COURTS
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

SHUIFA YING,
Plaintiff,

Civil Action No.

v.

CHINA CHEF INC.,
SHIZHONG OU, and LIMING HUANG,
Defendants.

-----------------------------------------------------------------X

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Frank Xu
305 Broadway Ste 701
New York, New York, 10007
Tel:212/897-5866
Fax:212/901-0499

Mr. Frank Xu is a member in good standing of the Bar of the States of New York. There are no pending disciplinary proceeding against Mr. Frank Xu in any State or Federal court.

Dated: New York, New York, May 6th, 2008

Respectfully submitted,

_____
Jay B. Itkowitz (JBL5349)

Itkowitz & Harwood
305 Broadway 7th Fl
New York, New York 10007
Tel: 646/822-1801
Fax: 212/822-1402

*State of New York* )
                        ) *SS:*
*County of New York* )

## AFFIDAVIT OF SERVICE

Jay B. Itkowitz, an attorney duly admitted before the bar of the courts of the State of New York, hereby affirms under penalties of perjury:

On May 6th, 2008, I served a true copy of the Order and Motion to Admit Counsel Pro Hac Vice and Supporting Affidavits to the following parties by first class mail.

SHUIFA YING
31-33 Market Street #22,
New York, New York, 10002.
*Plaintiff*

China Chef Inc.,
Shi Zhong Ou, and Li Ming Huang,
27955 Highway 98 Ste U
Daphne, AL 36526
*Defendants*

By: _____
Jay B. Itkowitz (JBL5349)

Itkowitz & Harwood
305 Broadway 7th Fl
New York, New York 10007
Tel: 646/822-1801
Fax: 212/822-1402