United States District Court
Southern District of New York

| | |
|---|---|
| SHUIFA YING | ) Case No.: CIV4282/08 |
| | ) |
| | ) |
| | ) |
| Plaintiff | ) |
| v. | ) |
| CHINA CHEF INC, SHIZHONG OU AND LIMING | ) |
| HUANG | ) |
| | ) |
| Defendant(s) | ) |

## AFFIDAVIT OF CORPORATE SERVICE

That I, _James R. Baker_, hereby solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

That on _5/9/08_ at _2:25_ am/pm at 27955 HWY 98 Ste U Daphne AL, 36526 I served China Chef Inc with the following list of documents: Summons in a Civil Action, Complaint, Order for Admission Pro Hac Vice on Written Motion, Motion to Admit Counsel Pro Hac Vice, Affidavit in Support of Motion to Admit Counsel Pro Hac Vice by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with _Owner_____, whose Title is _Liming Huang_____.

_27955 Hwy 98 Ste U Daphne AL 36526_
Address                        City            State   Zip

That the above-named person served stated they had the authority to accept as the Legal Representative for the above listed person or entity being served.

That the description of the person actually served is as follows:     Skin: _Asian_ Sex: _F_  Age: _35_  Height:
_5'0_ Weight: _100_ Hair: _Dark_  Glasses: _—_.


_James R. Baker_                          _5-28-08_
Jim Baker                                  Executed on:
A.H. Parker & Associates, Inc. d/b/a Due Process
P.O. Box 2396
Columbia, MD 21045
(800) 228-0484

Subscribed and sworn to before me, a notary public, on this 28th day of May, 2008.

_____        My Commission Expires: _6/16/11_
Notary Public

ID: 08-007070                                    Client Reference: Xu/Shuifa Ying