# LAURENCE H. OLIVE
## ATTORNEY AT LAW

Larry@OLIVELAW1.com                                                                                           Admitted in NJ & NY

**460 BLOOMFIELD AVENUE**                                                                                    128 Mott Street
**MONTCLAIR, NEW JERSEY 07042**                                                                              New York, New York 10013
Tel: (973) 746 – 6623                             Web site: www.Olivelaw1.net                                 Tel: (212) 608 – 1818
Fax: (973) 746 – 6625                                                                                         Fax: (212) 608 - 0505

# MEMO ENDORSED

July 18, 2008

Honorable P. Kevin Castel
United States District Court
Southern District of New York                      via fax: 212-805-7949
500 Pearl Street
New York, NY 10007

Re: Ying v. China Chef, etal.      08Civ 4282 (PKC)
    Docket No.: ~~08 Civ. 423882~~ (PKC)
    Pretrial conference date: July 25, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

Dear Judge Castel:

   I respectfully request an adjournment of the above since I will be out of town in Boston that day.

LHO:st
Enc.
Cc: Frank Xu, Esq.
    (f) 212-901-0499

Respectfully submitted,

LAURENCE H. OLIVE (LO5598)

*Conference adjourned from July 25 to August 7, 2008 at 9:45 a.m. SO ORDERED.*
*USDJ 7-18-08*