UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHUIFA YING,
*Plaintiff*,

-against-                                                                    CASE NO.  08 CIV 4282
                                                                                        AFFIDAVIT

CHINA CHEF INC.,
SHIZHONG OU, and LIMING HUANG,
*Defendants*.
------------------------------------------------------------X

*STATE OF NEW YORK}*
*COUNTY OF NEW YORK} ss:*

Shui-fa YING, being duly sworn under penalty of perjury, deposes and says:

1. In 2003, the individual defendants Shi-zhong OU and Li-ming HUANG arranged that I came to the United States to work for China Chef, Inc., a company located at 27955 Highway 98 Ste U, Daphne, AL 36526, which, among other high-end restaurants, is owned and controlled by them.

2. Once I was here, I found that I had no other choice but to work as a cook under intolerable and inhumane conditions 12 hours per day for a nominal wage, which barely covers the high interest loan I owed to those who arranged the labor trip. My working condition is over-hazardous, high labor-intensity and inhumanely tortious, in which I had to stand in a confined and over-heated kitchen full of cooking-oil spill and noxious smoke and cook the dishes all the time without adequate rest. I had no personal space and slept in the restaurant floor at night. Because of the restrained working condition, and no access to entertainment of any kind, my physical and

mental stability was severely damaged during the years I worked for the defendants. I wanted to escape but there is no realistic possibility of return, due to the imminent physical threat if any part of the loan is not fully paid off.

3. The intensity of harsh labor caused me to suffer spinal pain, diabetes and other injuries. In March 2007 I came to New York City seeking treatment to reduce severe back pain. In March 2008 I had a spine micro-discectomy surgery in the Mount Sinai Medical Center, located at <u>One Gustave L. Levy Place, New York, New York 10029</u>. After the surgery, I continued to seek other treatments in New York city to alleviate pain.

4. Because of the spinal pain and distortion, I am no longer able to walk in a normal gesture and permanently disabled in that I am no longer able to provide same labor to earn a living. For that reason <u>Shi-zhong OU</u> and <u>Li-ming HUANG</u> now chose to abandon me. In the mean time they detained my personal computer, clothes, passport, etc. to prevent me from seeking outside help to redress their wrongs. For all these year I have suffered unbearable emotional insults by being treated as no more than a covenant hard labor without any recourse.

5. I have incurred tremendous medical costs for these injuries and will continue to pay more in the foreseeable future. I have sought to negotiate with the defendants for compensation of unpaid overtime wages, medical expense, damages caused by pain and suffering, disability support, and severance, yet they declined any responsibility without good explanation.

6. My application for refugee protection would be based on bona fide fear of persecution. Mr. Shi-zhong OU's claim that I would fabricate the exact date of my entering the United States is baseless and irresponsible. Indeed, it may only reflect the fact that he has been personally benefitted from submitting fraudulent documents and claims in his immigration court proceeding to earn American citizenship.

7. By my own observation, the defendants have also been rewarded by their many other illegalities. For example, even though they have more than one million dollars cash income every year in one restaurant business alone, they would report virtually no or even negative state or federal taxes. Also they formed a company named Hua-Mao Co. in P.R. China engaging in money laundry. I hope that the American government would investigate their many criminal offenses.

Signature: _YING SHUI FA_
Shui-Fa YING

*Sworn to and subscribed before me this*
___6___ *Day of August, 2008*

_____
*Notary Public*

CHEN YUAN JIE
Notary Public, State of New York
No. 01CH6012510
Qualified in New York County
Commission Expires Aug. 31, 20 10