UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08
```

------------------------------------------------------------x

SHUIFA YANG

      Plaintiff(s),

-against-

CHINA CHEF INC

      Defendant(s).

------------------------------------------------------------x

08 Civ. 4282 (PKC)

ORDER

P. KEVIN CASTEL, District Judge:

  As a result of a Pre-Trial Conference held before this Court today, the following is ORDERED:

1. By _August 25_ 200_8_, the ~~plaintiff(s)~~ defendant(s) ~~parties~~ reply shall _be filed. Initial conference will be continued until the disposition of the motion to dismiss or transfer._

2. By_____ 200_, the plaintiff(s) defendant(s) parties shall_____

3.

4.

5.

6. The next conference in this matter will be held on
_____, 200\_ at _____.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
August 7, 2008