INDEX #: 08 CIV 4282
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**

**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys: FRANK XU, L.L.P.   PH: 212-897-5866
Address: 305 BROADWAY, SUITE 701  NEW YORK  NY  10007    File No.: _____

*SHUIFA YING*

vs

*CHINA CHEF INC, ET AL*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:    **AFFIDAVIT OF SERVICE**

__TING TING LAI__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __July 1, 2008__ at __1:30PM__, at __128 MOTT STREET, NEW YORK, NY 10013__, deponent served the within __Summons and Complaint__

on: __LAURENCE H. OLIVE, Esq.__, __Attorney for Defendant__ therein named.

**#1 INDIVIDUAL** [X]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2** [ ]  By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the, and authorized to accept service on behalf of the.

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to _____ _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____.

**#5 MAIL COPY** [ ]  On _____, deponent completed service by depositing a true copy of each document to the Attorney for 128 MOTT STREET, NEW YORK, NY 10013 in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # _____

**#6 DESCRIPTION** [X] (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: __Male__   Color of skin: __White__   Color of hair: __Brown__   Age: __40 - 50 Yrs.__   Height: __5' 9" - 6' 0"__
Weight: __131 - 160 Lbs.__   Other Features: _____

**#7 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** [ ]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** [ ]  The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER** [ ]

Sworn to before me on __July 2, 2008__

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

TING TING LAI
Server's Lic # 1259915
Invoice/Work Order # 08016543

SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM